EDWARD J. DAVIS, PETITIONER, v. CIVIL SERVICE COM-
MISSION, *ET AL.*, RESPONDENTS.

*Mr. Charles Frankel* and *Mr. Norman H. Mesnikoff* for the
petitioner.

*Mr. George E. Ostrov, Mr. Arthur J. Sills* and *Mr. William
L. Boyan* for the respondents.

September 16, 1963.   Denied.

MARGARET RUTH LEWIS, *ET AL.*, PLAINTIFFS-RESPOND-
ENTS, CROSS-PETITIONERS v. JESSIE D. READ, *ET AL.*,
DEFENDANTS-PETITIONERS.

See same case below:   80 *N. J. Super.* 148.

*Messrs. Mead, Gleeson, Hansen & Pantages* and *Mr. Joseph
A. Clarken, Jr.* for the petitioners.

*Messrs. Braun & Braun* and *Mr. Mark F. Hughes, Jr.* for
the respondents.

*Mr. William O. Barnes, Jr.* and *Miss Annamay T. Shep-
pard* for the cross petitioner.

September 16, 1963.   Granted.